# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA GALVAN, individually and as guardian ad litem for SOPHIA ARCE, <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; GOLDEN VALLEY HEALTH CENTER; REBECCA BROCK, M.D.; and DOES 1 through 10, inclusive, <br><br>  Defendants. | 1:12-cv-01698-AWI-MJS <br><br> ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION <br><br> (Doc. 16) |

Defendant United States of America has filed a motion to dismiss the complaint or for summary judgment in the alternative. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). Accordingly, the previously scheduled hearing date of February 11, 2013 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 6, 2013

SENIOR DISTRICT JUDGE