**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AGUEDA GALVAN, individually and as guardian ad litem for SOPHIA ARCE,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA; GOLDEN VALLEY HEALTH CENTER; REBECCA BROCK, M.D.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | 1:12-cv-01698-AWI-MJS<br><br>ORDER PERMITTING FILING OF RESPONSE TO SUR REPLY |

    Defendant United States of America filed a motion to dismiss the complaint or for summary judgment in the alternative. Plaintiffs filed an opposition. The United States then filed a reply that raised new arguments and evidence. Since the issue raised was a matter of subject matter jurisdiction, the court permitted Plaintiffs to file a sur reply. The United States now asks permission to file a response to Plaintiffs' sur reply. Doc. 26. The proposed response is pure argumentation; there is no additional evidence submitted. Since this is a matter of subject matter jurisdiction and the legal briefing may be helpful the court will allow the response to be filed. The document entitled "DEFENDANT UNITED STATES' RESPONSE TO PLAINTIFFS' SURREPLY TO IN OPPOSITION TO MOTION TO DISMISS; OR ALTERNATIVELY FOR

SUMMARY JUDGMENT" (Doc. 26, Part 1) will be considered when the court rules on the motion.

IT IS SO ORDERED.

Dated:     April 15, 2013

                                              SENIOR DISTRICT JUDGE